# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

<div style="background:black; height:6em;"></div>

**April 26, 2011**

<div style="background:black; height:2em;"></div>

| 29367 | Chong v. Anderson | Affirmed |
|-------|-------------------|----------|

**April 29, 2011**

| 30728 | MA, In re | Affirmed |
|-------|-----------|----------|

**May 4, 2011**

| 29237 | Buenafe v. Kiehm | Affirmed |
|-------|------------------|----------|

**May 5, 2011**

| 29588 | Ramsey v. State | Affirmed |
|-------|-----------------|----------|
| 30463 | State v. Jervis | Affirmed |
| 30236 | State v. Wright | Affirmed |

**May 9, 2011**

| 30339 | Gapasin v. Pascual | Affirmed |
|-------|--------------------|----------|

**May 11, 2011**

| 29340 | Kakinami v. Kakinami | Affirmed |
|-------|----------------------|----------|

**May 12, 2011**

| 30499 | State v. Scott | Affirmed |
|-------|----------------|----------|

**May 13, 2011**

| 29970 | Garcia v. Honda Kaihatsu Kogyo Kabushiki Kaisha | Affirmed |
|-------|--------------------------------------------------|----------|
| 29551 | Okimoto v. Uyehara | Affirmed |

**May 16, 2011**

| 29648 | State v. Nakatsu | Affirmed |
|-------|------------------|----------|
| 29044 | State v. Valeros | Affirmed |